IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOHN WESLEY PARHAM, JR.                                           PETITIONER

VERSUS                                       CIVIL ACTION NO. 5:08cv166-DCB-MTP

UNITED STATES OF AMERICA                                          RESPONDENT

### **FINAL JUDGMENT**

This cause is before the court, <u>sua</u> <u>sponte</u>, for consideration of dismissal.  Pursuant to the

memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause

filed pursuant to 28 U.S.C. § 2241 be dismissed as frivolous and to the extent that the petition

can be construed as a § 2255 motion it shall be dismissed for this court's lack of jurisdiction, with

prejudice.

SO ORDERED AND ADJUDGED, this the __22nd__ day of ___May___ ,  2008.


_____ s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE